# United States District Court

for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Kareem Cole**                     Case Number: **CR-1-02-157-1**

Name of Sentencing Judicial Officer: **The Honorable Susan J. Dlott,   United States District Judge**

Date of Original Sentence: **August 28, 2003**

Original Offense: **Conspiracy to Distribute in Excess of 100 Kilograms of Marijuana**

Original Sentence: **24 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**                Date Supervision Commenced: **July 13, 2004**

Assistant U.S. Attorney: **Robert C. Brichler**            Defense Attorney: **R. Scott Crowsell, III**

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue an Order to Appear and Show Cause
[ ]   To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
| --- | --- |
| #1 | On the following dates, the offender reported to the Probation Office and submitted urinalysis which returned positive for the following substance(s):<br><br>August 15, 2006    Marijuana<br>August 21, 2006    Marijuana<br>September 22, 2006    Marijuana<br>October 5, 2006    Marijuana<br>October 23, 2006    Marijuana<br><br>The offender's pattern of use reveals he has consistently used the substance since mid August, 2006. |
| #2 | At the time of sentencing, the offender was ordered to pay a fine in the amount of $500.00. A payment agreement was devised and the offender was instructed to pay at a rate of $25.00 per month. The offender has failed to meet his monthly payment obligation, and essentially had not made any payments for approximately eleven months, from October 6, 2005, until he made a $100 payment on September 22, 2006. He has been instructed on several occasions to pay his outstanding fine obligation. Currently, the offender has an outstanding balance of $225.00. |

2

U.S. Probation Officer Recommendation: Based on the offender's continued noncompliance, it is respectfully requested that his case be returned to Court, and the offender be ordered to show cause as to why his term of supervised release should not be revoked.

The term of supervision should be
    [X]    Revoked.
    [ ]    Extended for years, for a total term of years.
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 7, 2006**

_Michelle Merrett_ by

**Michelle Merrett**
U.S. Probation Officer

Approved,

_Mark R. Shraw for_

**John Cole**
Supervising U.S. Probation Officer
Date:    **November 7, 2006**

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[X]    The Issuance of an Order to Appear and Show Cause
[ ]    The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ]    Other

_Susan J. Dlott_
Signature of Judicial Officer

_Nov 13, 2006_
Date