# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

AH

UNITED STATES OF AMERICA,
      Plaintiff,

                v.

KAREEM COLE,
      Defendant.

Case No. ___1:02cr157-1___
(Hogan, MJ.)   2006 NOV 29  PM 2: 14

## CRIMINAL MINUTES before
### Magistrate Judge Timothy S. Hogan

Courtroom Deputy: Arthur Hill
Court Reporter: ~~Official Reporter~~ Lois Roell, Barlow Reparting Services
Date/Time: November 29, 2006 at 1:30 PM

United States Attorney: **Anthony Springer** Defendant Attorney: **Kelly Johnson, AFPD**

*Initial Appearance Hearing on [] Complaint;[] Indictment; [] Information; or [X] petition for probation / supervised release*

[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel ~~previously~~ appointed. **FPD**


*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness_____
[X] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____


*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits:_____ Defendant Exhibits:_____


[X] Preliminary Exam Hearing set **12-13-06 (1:30) before Mag. Black**
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____


*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict     [ ] Info  [ ] Indict Read     [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____


*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____


Remarks: