# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KAREEM COLE,
    Defendant.

Case No.   1:02cr157-1
(Hogan, MJ.)

2006 NOV 29 PM 2:34

## ORDER APPOINTING COUNSEL

The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

Therefore, the Federal Public Defender, 2000 URS Building, 36 East Seventh Street, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter.

IT IS SO ORDERED.

Date 11/29/06

bac  November 29, 2006

Timothy S. Hogan
United States Magistrate Judge

cc: USAO / USPTS / USPO / USMS (Fax 684-6397 / CNSL /