# United States District Court

| SOUTHERN | DISTRICT OF | OHIO |
|---|---|---|

United States of America

V.

**KAREEM COLE**

NOTICE

CASE NUMBER: **1:02cr157-1**
**(Hogan, MJ)**

| TYPE OF CASE | ☐ CIVIL | ☒ CRIMINAL |
|---|---|---|

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 708 |
| | DATE AND TIME |
| | December 13, 2006 at 1:30 pm |

TYPE OF PROCEEDING

**Probable Cause Hearing before the Honorable Timothy S. Black, U.S. Magistrate Judge.**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | | |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 708 | |

JAMES BONINI, CLERK
U.S. Magistrate or Clerk of Court

November 30, 2006

s/Arthur Hill
(By Deputy Clerk)

Date

To: Kelly Johnson, Asst. Fed Pub Defender

CC: USM
    US Probation
    U.S. Attorney's Office

**NOTE: It is the responsibility of Counsel to notify their clients.**