AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

SOUTHERN _____ DISTRICT OF _____ OHIO

UNITED STATES OF AMERICA

V.

KAREEM COLE

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: CR-1-02-157-1

I, __Kareem Cole__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __16__, U.S.C., __3583__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X Kareem V Cole
Defendant

Dec. 6, 2006
Date

_____
Counsel for Defendant