IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                                Case Number: 1:02CR157

KAREEM COLE

Jail term of 1 day

18 months Supervised Release with the first 180 days in a residential reentry center

Conditions:

    Participation in Substance Abuse Program, inclusive of urinalysis at discretion of Probation Officer

    Participation in Mental Health Program at discretion of Probation Officer

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | William Miller |
| Court Reporter: | Julie Wolfer, Official |
| Date: | January 16, 2007 |