AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

Southern _____ DISTRICT OF Ohio (Western Division)

07 MAR 27 PM 1:08

UNITED STATES OF AMERICA

V.

KAREEM COLE

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: CR-1-02-157-1

I, _Kareem Cole_____, charged in a (complaint) (petition)

pending in this District with _Supervised Release Violation_____

in violation of Title ___18___, U.S.C., ___3583___,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_3/27/07_____
Date

_____
Counsel for Defendant