IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                Case Number: 1:02CR157

KAREEM COLE

Supervised Release is revoked and Defendant is sentenced to a Jail term of 9 Months.  Also, pursuant to USSG 7B1.4 the Defendant will serve 170 days in jail to run concurrently with the 9 months

Conditions/Recommendations:

    That the defendant be placed in the closest appropriate facility to Cincinnati, Ohio

    Participation in the Bureau of Prison's G.E.D. Program

Defendant is remanded to the United States Marshal

Judge:                Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:       Julie Wolfer, Official

Date:                 March 4, 2007