# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KAREEM COLE** | JUDGMENT IN A CRIMINAL CASE<br>(For *Revocation* of Probation or Supervised Release)<br><br>Criminal Number: **1:02CR157**<br><br>USM Number: 03660-061<br><br>Kelly Johnson<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]   admitted guilt to violation of conditions of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Tested positive for marijuana | 2/2007 |
| 2 | Terminated from Residential Re-entry Center | 2/2007 |
| 3 | Failed to report to Probation Officer as directed | 2/2007 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **7217**

Defendant's Date of Birth:   **October 13, 1977**

Defendant's Residence Address:
**Hamilton County Justice Center
1000 Sycamore Street
Cincinnati, OH. 45202**

Defendant's Mailing Address:

April 4, 2007
Date of Imposition of Sentence

*/s/ Susan J. Dlott*
Signature of Judicial Officer

**SUSAN J. DLOTT**, United States District Judge
Name & Title of Judicial Officer

April 6, 2007
Date

AO 245B (Rev. 06/05)  Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:02CR157 | Judgment - Page 2 of 2 |
| DEFENDANT: KAREEM COLE | |

## IMPRISONMENT

The defendant's supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  14 months and 20 days .

[✔]   The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in the closest appropriate facility to Cincinnati, OH. That the defendant participate in the Bureau of Prison's G.E.D. Program.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2:00 p.m. on _____.
[ ] as notified by the United States Marshal but no sooner than
[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal